In the Matter of the Petition of L. LAFLIN KELLOGG et al., Composing the Firm of KELLOGG & ROSE, Respondents, to Enforce an Attorney's Lien.

JENNIE T. B. BECKER, as Executrix of JAMES BRADY, Deceased, Appellant.

*Matter of Kellogg,* 96 App. Div. 608, affirmed.
(Argued January 9, 1905; decided January 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1904, which reversed an order of Special Term modifying, by striking out a certain item, and, as modified, confirming a report of a referee in favor of the petitioners, and after reduc-

ing the allowance made by the said referee, affirmed his report.

*J. Stewart Ross* for appellant.

*Abram J. Rose* and *Alfred C. Petté* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.